

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-5-2003

# Martini v. Hendricks

Precedential or Non-Precedential: Precedential

Docket No. 02-9005

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Martini v. Hendricks" (2003). *2003 Decisions.* Paper 87.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/87

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed November 5, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 02-9005

———

JOHN MARTINI, SR.,
                                        *Appellant*

v.

ROY L. HENDRICKS, Administrator, New Jersey State
Prison; PETER C. HARVEY, Acting Attorney General, State
of New Jersey

———

Present: ROTH, BECKER and COWEN, *Circuit Judges*

(Opinion Filed October 22, 2003)

———

**ORDER AMENDING OPINION**

———

The opinion in this case is hereby amended to include
the attached transcript as an appendix to the opinion (*see*
page 6, line 13 of the slip opinion).

                                BY THE COURT:

                                /s/Edward R. Becker
                                Circuit Judge

DATED: November 5, 2003

A True Copy:
        Teste:

                *Clerk of the United States Court of Appeals*
                        *for the Third Circuit*

PRECEDENTIAL

Filed November 5, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 02-9005

———————

JOHN MARTINI, SR.,
                                        *Appellant*

v.

ROY L. HENDRICKS, Administrator, New Jersey State
Prison; PETER C. HARVEY, Acting Attorney General, State
of New Jersey

———————

Present: ROTH, BECKER and COWEN, *Circuit Judges*

(Opinion Filed October 22, 2003)

———————

**ORDER AMENDING OPINION**

———————

The opinion in this case is hereby amended to include
the attached transcript as an appendix to the opinion (*see*
page 6, line 13 of the slip opinion).

BY THE COURT:

/s/Edward R. Becker
Circuit Judge

DATED: November 5, 2003

A True Copy:
          Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*